IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                    4:18-CR-00004-01-SWW

DEMETRIUS CRUTCHFIELD

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 106) is DENIED.

On August 13, 2019, Defendant pled guilty to being a felon in possession of a firearm.[1] On December 17, 2019, he was sentenced to 60 months in prison.[2]

Defendant seeks compassionate release because he wants to spend more time with his aging parents and his children. This is not an "extraordinary and compelling" reason to grant relief. Additionally, compassionate release is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 27th day of January, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 61, 62.

[2] Doc. Nos. 67, 69, 71.